KIEVE LAW OFFICES
Loren Kieve (State Bar No. 56280)
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129-1110
Telephone: (415) 364-0060
Facsimile: (435) 304-0060
lk@kievelaw.com

Counsel for Plaintiff PHH Mortgage Corporation

DANIEL V. KOHLS (State Bar No. 167987)
BRET N. BATCHMAN (State Bar No. 236311)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
dkohls@hansenkohls.com
bbatchman@hansenkohls.com

Counsel for Defendant Barrett Daffin Frappier Treder & Weiss, LLP

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>          Plaintiff,<br><br>vs.<br><br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP, and its constituent partners, ROBERT E. WEISS, CRIS A. KLINGERMAN, EDWARD A. TREDER, BRIAN ENGEL, JAMES C. FRAPPIER and STEVE P. TURNER,<br><br>          Defendants. | Civil Action No. 2:16-cv-00832-KJM-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINES FOR EXPERT WITNESS DISCLOSURE AND DISPOSTIVE MOTIONS**<br><br>Judge: Honorable Kimberly J. Mueller<br><br>Complaint<br>Filed: October 12, 2015<br>Final Pre-Trial<br>Conference: September 8, 2017<br>Trial: October 23, 2017 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Eastern District Local Rule 144 and the Honorable Kimberly J. Mueller's Standing Order (Dkt. No. 34-1), defendont Barrett Daffin Frappier Treder & Weiss, LLP, and

1  plaintiff PHH Mortgage Corporation submit this stipulation and proposed order to extend the

2  deadlines for expert witness disclosure and dispositive motions, as currently set forth in the

3  Honorable Kimberly J. Mueller's December 12, 2016, Minute Order (Dkt. No. 51).[1]  In

4  accordance with the Honorable Kimberly J. Mueller's Standing Order:

5      (A)    The existing deadlines for expert witness disclosure and dispositive motions are as

6  follows:

7      DISCLOSURE OF EXPERT WITNESSES

| | |
|---|---|
| Disclosure of Expert Witnesses | March 8, 2017; |
| Disclosure of Supplemental Expert Witnesses | March 28, 2017; |
| Expert Discovery | April 25, 2017;[2] |
| DISPOSITIVE MOTIONS | May 23, 2017. |

(B)  There is good cause for the Court to grant this extension because counsel for plaintiff PHH Mortgage Corporation and defendant Barrett Daffin Frappier Treder & Weiss, LLP are currently exploring settlement options and would like to continue these options before they engage in extensive expert discovery.  As such, the parties request that the Court extend the upcoming expert disclosure deadline for thirty (30) days.  Additionally, the parties request that the

---

[1] On December 12, 2016, the Honorable Kimberly J. Mueller issued a Minute Order (Dkt. No. 51) extending the deadlines for discovery, expert witness disclosure, and dispositive motions by thirty-two (32) days.  These deadlines were previously set forth in the Status (Pretrial Scheduling) Order (Dkt. No. 46), which was signed by the Honorable Kimberly J. Mueller on July 19, 2016.

[2] In the Status (Pretrial Scheduling) Order (Dkt. No. 46), signed on July 19, 2016, the Honorable Kimberly J. Mueller stated that (1) expert witnesses must be disclosed not later than February 3, 2017, (2) supplemental expert witnesses must be disclosed not later than February 24, 2017, and (3) "[a]ll expert discovery shall be completed by March 24, 2017."  In the December 12, 2016, Minute Order (Dkt. No. 51), the Honorable Kimberly J. Mueller extended those first two deadlines (the expert witness disclosure deadline and the supplemental expert witness disclosure deadline).  However, the Honorable Kimberly J. Mueller did not address the third deadline (the date that all expert discovery must be completed) in the December 12, 2016, Minute Order (Dkt. No. 51).  Because the Honorable Kimberly J. Mueller extended all the other deadlines by thirty-two (32) days, per the parties' stipulation, the parties presume that the Honorable Kimberly J. Mueller also extended the date that "[a]ll expert discovery must be completed by" thirty-two (32) days (from March 24, 2017 to April 25, 2017).

1  Court extend the deadline for dispositive motions due to its proximity to the expert disclosure
2  deadline.
3      (C)    On December 9, 2016, the parties filed a stipulation requesting a thirty-two (32)
4  day extension of the deadlines for discovery, expert witness disclosure, and dispositive motions.
5  On December 12, 2016, the Honorable Kimberly J. Mueller issued a Minute Order, granting the
6  parties' request for an extension.
7      THEREFORE, pursuant to this stipulation, Eastern District Local Rule 144, and the
8  Honorable Kimberly J. Mueller's Standing Order, the parties respectfully request the Court enter
9  an order extending the deadlines for expert witness disclosure and dispositive motions thirty (30)
10 days as follows:

DISCLOSURE OF EXPERT WITNESSES

| | |
|---|---|
| Disclosure of Expert Witnesses | April 7, 2017; |
| Disclosure of Supplemental Expert Witnesses | April 27, 2017; |
| Expert Discovery | May 25, 2017; |

DISPOSITIVE MOTIONS                                         June 22, 2017.

All other dates and deadlines not identified herein shall remain as scheduled in the Honorable Kimberly J. Mueller's Status (Pretrial Scheduling) Order (Dkt. No. 46).

Dated: February 23, 2017             KIEVE LAW OFFICES

By: */s/ Loren Kieve*_____
LOREN KIEVE (SBN 56280)
Counsel for PHH Mortgage Corporation

Dated: February 23, 2017            HANSEN, KOHLS, SOMMER & JACOB, LLP

By: */s/ Bret N. Batchman*_____
DANIEL V. KOHLS (SBN 167987)
BRET N. BATCHMAN (SBN 236311)
Counsel for Defendants BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

# [PROPOSED] ORDER EXTENDING THE DEADLINES FOR EXPERT WITNESS DISCLOSURE AND DISPOSTIVE MOTIONS

Pursuant to Eastern District Local Rule 144, the Honorable Kimberly J. Mueller's Standing Order (Dkt. No. 34-1), and the stipulation between defendant Barrett Daffin Frappier Treder & Weiss, LLP, and plaintiff PHH Mortgage Corporation, by and between their attorneys of record, it is hereby ordered that:

The deadline for the disclosure of expert witnesses is extended from March 8, 2017, to **April 7, 2017**;

The deadline for the disclosure of supplemental expert witnesses is extended from March 28, 2017, to **April 27, 2017**;

The deadline for expert discovery is extended from April 25, 2017, to **May 25, 2017**; and

The deadline for dispositive motions is extended from May 23, 2017, to **June 30, 2017**.

All other dates and deadlines not identified herein shall remain as scheduled in the Court's Status (Pretrial Scheduling) Order (Dkt. No. 46), and all other provisions of that order remain in effect.

**IT IS SO ORDERED.**

Dated: March 1, 2017

_____
UNITED STATES DISTRICT JUDGE