UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PHH MORTGAGE CORPORATION, | No. 2:16-CV-0832 KJM EFB |
|---|---|
| Plaintiff, | |
| v. | SECOND AMENDMENT TO THE SCHEDULING ORDER |
| BARRETT, DAFFIN, RAPPIER,TREDER & WEISS, LLP, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 56) to amend dates in the pretrial scheduling order (ECF No. 46). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date (*See* ECF Nos. 46, 53) | New Date |
|---|---|---|
| Completion of Expert Discovery | May 25, 2017 | June 26, 2017 |
| Hearing on Dispositive Motions (10:00 a.m.) | June 30, 2017 | August 11, 2017 |
| File Joint Pretrial Conference Statement | August 18, 2017 | October 27, 2017 |
| Final Pretrial Conference (10:00 a.m.) | September 8, 2017 | November 17, 2017 |
| Trial Briefs Due | October 9, 2017 | December 18, 2017 |
| Trial (at 9:00 a.m.) | October 23, 2017 | January 2, 2018 |

/////

/////

1

This amendment does not alter any other portions of the initial scheduling order (ECF No. 46).

IT IS SO ORDERED.

DATED: May 18, 2017.

_____
UNITED STATES DISTRICT JUDGE