UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHH MORTGAGE CORPORATION, | No. 2:16-cv-00832-KJM-EFB |
| Plaintiff, | |
| v. | AMENDMENT TO SCHEDULING ORDER |
| BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 58) to amend dates in the pretrial scheduling order (ECF No. 46). Good cause appearing, the court GRANTS this request IN PART. The court modifies the scheduling conference as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Hearing on Dispositive Motions | 08/11/2017 | 10/20/17 at 10:00 a.m. |
| File Joint Pretrial Conference Statement | 10/27/2017 | 03/02/18 |
| Final Pretrial Conference | 11/17/2017 | 03/23/18 at 10:00 a.m. |

The due dates for trial and trial briefs are now VACATED, and will be determined at the final pre-trial conference.

IT IS SO ORDERED.

DATED: July 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

1